# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **XAVIER ORLANDO PERKINS,** ) | |
| ) | |
| **Movant,** ) | |
| ) | **Case Numbers:** |
| vs. ) | **CV 07-S-8014-S** |
| ) | **CR 05-S-135-S** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation, recommending that the motion filed by Xavier Orlando Perkins to vacate, set aside or correct a sentence, filed pursuant to 28 U.S.C. § 2255, be denied. The movant has filed objections to the report and recommendation.

The court has considered the entire file in this action, together with the report and recommendation, and the objections, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.

The motion to vacate, set aside or correct a sentence is due to be DENIED. An appropriate order will be entered.

Done this 23rd day of February, 2009.

                                                                                                        _____
                                                                                                        United States District Judge